**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                           Case Number: 08 CV 01955
ANDRE D. ABRON V. SOO LINE RAILROAD COMPANY
d/b/a CANADIAN PACIFIC RAILROAD,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
SOO LINE RAILROAD COMPANY d/b/a CANADIAN PACIFIC RAILROAD

| | |
|---|---|
| **NAME** (Type or print) <br> Edward H. MacCabe | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ Edward H. MacCabe | |
| **FIRM** <br> MacCabe & McGuire | |
| **STREET ADDRESS** <br> 77 West Wacker Drive, Suite 3333 | |
| **CITY/STATE/ZIP** <br> Chicago, IL 60601 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** <br> 01718185 | **TELEPHONE NUMBER** <br> (312)357-2600 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES ☐ NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☑ NO ☐ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES ☑ NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☐ NO ☑ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |