## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                      Case Number: 08 CV 01955

ANDRE D. ABRON V. SOO LINE RAILROAD COMPANY
d/b/a CANADIAN PACIFIC RAILROAD,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SOO LINE RAILROAD COMPANY d/b/a CANADIAN PACIFIC RAILROAD

FILED
J.N  May 9 2008
MAY X 9 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print)<br>Amy Walsh Kern | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Amy Walsh Kern | |
| FIRM<br>Leonard, Street and Deinard Professional Association | |
| STREET ADDRESS<br>150 South Fifth Street, Suite 2300 | |
| CITY/STATE/ZIP<br>Minneapolis, MN 55402 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>MN 307609 | TELEPHONE NUMBER<br>(612)335-1500 |

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐