UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Andre Abron
                          Plaintiff,

v.                                          Case No.: 1:08−cv−01955
                                          Honorable Robert W. Gettleman

Soo Line Railroad Company
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 14, 2008:

      MINUTE entry before the Honorable Morton Denlow:Magistrate Judge Status hearing held on 8/14/2008. Status hearing set for 11/6/2008 at 10:00 AM. Plaintiff to submit written itemization of damages and settlement demand by 9/22/08. Defendant to submit written settlement offer by 10/6/08.Mailed notice(dmk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.